THE STATE, EX REL. ALICE EAGER, RESPONDENT, v. THE CITY OF HACKENSACK ET AL., APPELLANTS.

Submitted October 29, 1937—Decided January 26, 1938.

For the appellants, *Donald M. Waesche.*

For the respondent, *Warren Dixon, Jr.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, LLOYD, BODINE, DONGES, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ. 11.

*For reversal*—HEHER, J. 1.